UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>DELAWARE MACHINERY & TOOL )<br>COMPANY, INC., ROBERT HAAS JR., )<br>)<br>Defendants. ) | 1:10-cv-00107-LJM-WGH |

## ENTRY OF JUDGMENT

Through an Order dated May 17, 2011, the Court granted summary judgment in favor of Plaintiff General Electric Capital Corporation, and against Defendant Robert Haas Jr., in the amount of $465,192.52.

Judgment is entered accordingly.

Dated this 17th day of May, 2011.

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

LAURA A. BRIGGS, CLERK
United States District Court
Southern District of Indiana

By: _____
Deputy Clerk

Distribution attached.

Distribution to:

Ethel F. H. Badawi
BARNES & THORNBURG LLP
ethel.badawi@btlaw.com

Reynold Terrance Berry
RUBIN & LEVIN, PC
rberry@rubin-levin.net

Shawna Meyer Eikenberry
BAKER & DANIELS - Indianapolis
shawna.eikenberry@bakerd.com

Jay Jaffe
BAKER & DANIELS
jay.jaffe@bakerd.com

R. Brock Jordan
RUBIN & LEVIN, PC
brock@rubin-levin.net

John K. McDavid
TUCKER/HESTER ,LLC
john@tucker-hester.com

David M. Powlen
BARNES & THORNBURG
david.powlen@btlaw.com

William Jake Tucker
TUCKER/HESTER, LLC
bill@tucker-hester.com